```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  DAVID E. JOOST

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,   ) No. Mag. No. 02-0237 GGH
14                              )
              Plaintiff,        )
15                              ) REQUEST FOR ORDER AND ORDER
         v.                     ) EXONERATING BOND
16                              )
    DAVID E. JOOST              )
17                              )
              Defendant.        ) Judge: Hon. Kimberly J. Mueller
18                              )
    _____)
19
```

20      On or about October 28, 2002, a receipt for a Deed of Trust in the
21 amount of $100,000.00, was filed with court, receipt No. 2043517 posted
22 by David E. Joost and Leslie Joost; Deed No. 2002-0054406; for the
23 property at 22715 Venzke Road, Cottonwood, CA  96022.
24      On April 14, 2005, Mr. Joost was sentenced in the Central District
25 and bond was ordered exonerated upon reporting to probation.  Telephone
26 verification of his surrender to probation was done on April 14, 2005
27 and bail was ordered exonerated.  It appears from the record, that the
28 /////

Central District failed to prepare the exoneration order at that time so we now requesting it be exonerated.

It is hereby requested that the $100,000.00 bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the property located at 22715 Venzke Road, Cottonwood, CA  96022 belonging to David E. Joost and Leslie A. Joost.

Dated:  June 5, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


 /s/ Caro Marks
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
DAVID E. JOOST


**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $100,000.00 secured by Mr. David E. Joost is hereby exonerated.

Dated: June 8, 2009.

U.S. MAGISTRATE JUDGE